## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  10-62115-CIV-ALTONAGA/Simonton

**INTERNATIONAL SCHOOLS
SERVICE, INC.,**

      Plaintiff,

vs.

**AAUG INSURANCE COMPANY,
LTD.**, *et al.*,

      Defendants.

_____/

### ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Bruce Warshal on August 28, 2012, by telephone beginning at 11:00 a.m..  A report of the mediation conference shall be filed within seven (7) days thereafter.

**DONE AND ORDERED** in Miami, Florida, this 6th day of July, 2012.

**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:     counsel of record