UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-62115-CIV-ALTONAGA/Simonton

**INTERNATIONAL SCHOOLS
SERVICES, INC.**,

    Plaintiff,

vs.

**AAUG INSURANCE COMPANY,
LTD** and **GREGOR GREGORY**,

    Defendants.
_____/

<u>**ORDER**</u>

**THIS CAUSE** came before the Court upon Defendants' Agreed Motion for Extension of Time to File Response to Amended Complaint (the "Motion"), filed on August 7, 2012 [ECF No. 226]. The Court has carefully considered the Motion and has been advised of the parties' agreement. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The deadline for Defendants to file the Answer, Affirmative Defenses and Counterclaim, if any, to the Amended Complaint is extended until Monday, August 20, 2012.

**DONE AND ORDERED** at Miami, Florida, this 7th day of August, 2012.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record