UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-62115-CIV-ALTONAGA/Simonton

INTERNATIONAL SCHOOLS
SERVICES, INC.,

     Plaintiff,

vs.

AAUG INSURANCE COMPANY,
LTD and GREGOR GREGORY,

     Defendants.

_____/

### NOTICE OF TAKING DEPOSITION

To:

**Michael J. Carney, Esq.**
E-mail: mjc@kubickidraper.com
KUBICKI DRAPER
One East Broward Boulevard Suite 1600
Fort Lauderdale, Florida 33301
Tel.: (954) 768-0011
Fax: (954) 768-0514

Counsel for Plaintiffs

**Elliott M. Kroll, Esq.**
E-Mail: kroll.elliott@arentfox.com
**James Westerlind, Esq.**
E-Mail: westerlind.james@arentfox.com
**Michael S. Cryan, Esq.**
E-Mail: cryan.michael@arentfox.com
ARENT FOX LLP
1675 Broadway
New York, NY 10019
Tel.: (212) 484-3900
Fax: (212) 484-3990

Counsel for Plaintiffs

PLEASE TAKE NOTICE that depositions have been scheduled for the following:

DEPONENT:    **JOHN FARRELL**
DATE:          **SEPTEMBER 18, 2012**
TIME:           **9:30 a.m.**

LOCATION:    **GUY RENZI & ASSOCIATES**
               **Golden Crest Corp. Center**
               **2277 State Highway**
               **Suite 33**
               **Hamilton, NJ 08690**
               **800-368-7652 (for directions)**

Respectfully submitted,

_____
Alan C. Gold (Florida Bar No. 304875)
James L. Parado (Florida Bar No. 580910)
ALAN C. GOLD, P.A.
1501 Sunset Drive, 2nd Floor
Coral Gables, FL 33143
Telephone: (305) 667-0475
Facsimile: (305) 663-0799
E-mail: agold@acgoldlaw.com
        jparado@acgoldlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2012, I electronically mailed and sent via regular mail the foregoing "Defendants' Notice of Taking Deposition" on all counsel of record.

_____
Alan C. Gold (Florida Bar No. 304875)
James L. Parado (Florida Bar No. 580910)

## SERVICE LIST

*International Schools Services, Inc. v. AAUG Insurance Company, Ltd., et al.*
Case No.: 10-62115-CIV-ALTONAGA/Simonton
United States District Court Southern District of Florida

**Michael J. Carney, Esq.**
E-mail: mjc@kubickidraper.com
KUBICKI DRAPER
One East Broward Boulevard Suite 1600
Fort Lauderdale, Florida 33301
Tel.: (954) 768-0011
Fax: (954) 768-0514

Counsel for Plaintiffs

**Elliott M. Kroll, Esq.**
E-Mail: kroll.elliott@arentfox.com
**James Westerlind, Esq.**
E-Mail: westerlind.james@arentfox.com
**Michael S. Cryan, Esq.**
E-Mail: cryan.michael@arentfox.com
ARENT FOX LLP
1675 Broadway
New York, NY 10019
Tel.: (212) 484-3900
Fax: (212) 484-3990

Counsel for Plaintiffs