UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-62115-CIV-ALTONAGA/Simonton

INTERNATIONAL SCHOOLS
SERVICES, INC.,

    Plaintiff,

vs.

AAUG INSURANCE COMPANY,
LTD and GREGOR GREGORY,

    Defendants.
_____/

## NOTICE OF TAKING DEPOSITION

To:

**Michael J. Carney, Esq.**
E-mail: mjc@kubickidraper.com
KUBICKI DRAPER
One East Broward Boulevard Suite 1600
Fort Lauderdale, Florida 33301
Tel.: (954) 768-0011
Fax: (954) 768-0514

Counsel for Plaintiffs

**Elliott M. Kroll, Esq.**
E-Mail: kroll.elliott@arentfox.com
**James Westerlind, Esq.**
E-Mail: westerlind.james@arentfox.com
**Michael S. Cryan, Esq.**
E-Mail: cryan.michael@arentfox.com
ARENT FOX LLP
1675 Broadway
New York, NY 10019
Tel.: (212) 484-3900
Fax: (212) 484-3990

Counsel for Plaintiffs

PLEASE TAKE NOTICE that depositions have been scheduled for the following:

| | |
|---|---|
| DEPONENT: | **SANDRA LOGORDA** |
| DATE: | **OCTOBER 18, 2012** |
| TIME: | **9:30 a.m.** |
| | |
| LOCATION: | **GUY RENZI & ASSOCIATES** |
| | **Golden Crest Corp. Center** |
| | **2277 State Highway** |
| | **Suite 33** |
| | **Hamilton, NJ 08690** |
| | **800-368-7652 (for directions)** |

Respectfully submitted,

Alan C. Gold (Florida Bar No. 304875)
James L. Parado (Florida Bar No. 580910)
ALAN C. GOLD, P.A.
1501 Sunset Drive, 2nd Floor
Coral Gables, FL 33143
Telephone: (305) 667-0475
Facsimile: (305) 663-0799
E-mail: agold@acgoldlaw.com
jparado@acgoldlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2012, I electronically mailed and sent via regular mail the foregoing "Defendants' Notice of Taking Deposition" on all counsel of record.

Alan C. Gold (Florida Bar No. 304875)
James L. Parado (Florida Bar No. 580910)

## SERVICE LIST

*International Schools Services, Inc. v. AAUG Insurance Company, Ltd., et al.*
Case No.: 10-62115-CIV-ALTONAGA/Simonton
United States District Court Southern District of Florida

**Michael J. Carney, Esq.**
E-mail: mjc@kubickidraper.com
KUBICKI DRAPER
One East Broward Boulevard Suite 1600
Fort Lauderdale, Florida 33301
Tel.: (954) 768-0011
Fax: (954) 768-0514

Counsel for Plaintiffs

**Elliott M. Kroll, Esq.**
E-Mail: kroll.elliott@arentfox.com
**James Westerlind, Esq.**
E-Mail: westerlind.james@arentfox.com
**Michael S. Cryan, Esq.**
E-Mail: cryan.michael@arentfox.com
ARENT FOX LLP
1675 Broadway
New York, NY 10019
Tel.: (212) 484-3900
Fax: (212) 484-3990

Counsel for Plaintiffs