UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   10-62115-CIV-ALTONAGA/Simonton

INTERNATIONAL SCHOOLS
SERVICES, INC.,

      Plaintiff,
v.

AAUG INSURANCE
COMPANY, LTD., *et al.*,

      Defendants.
_____/

## ORDER ON MEDIATION RESULTS

THIS CAUSE came before the Court *sua sponte*. On July 7, 2012, the Court entered an order scheduling mediation before Bruce Warshal on August 28, 2012 [ECF No. 224]. Pursuant to the Order, the parties had seven days after mediation to submit a mediation report. To date, no mediation report detailing the outcome of the mediation conference has been received by the Court, nor has the Court received a notice that the mediation conference was cancelled. Accordingly, it is

**ORDERED AND ADJUDGED** that on or before **September 12, 2012**, the parties shall submit either a mediation report indicating the results of the August 28 mediation conference or a proposed order re-scheduling mediation, if the mediation conference was cancelled.

**DONE AND ORDERED** in Chambers at Miami, Florida this 5th day of September, 2012.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

cc:     counsel of record